El Pueblo de Puerto Rico, demandante y apelado, *v.* Enrique Báez, acusado y apelante.

No. 3670.—*Sometido:* Enero 24, 1929. *Resuelto:* Julio 23, 1929.

*Enrique Báez García* y *R. Rivera Zayas,* abogados del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

La denuncia en este caso fué presentada el 9 de septiembre de 1927 e imputa al apelante que siendo Secretario de la Corte de Distrito de Mayagüez recibió en su carácter oficial el 14 de octubre de 1926 $3,500 que le entregó el márshal de dicha corte como producto de una venta judicial y que el secretario no depositó esa cantidad inmediatamente en la institución bancaria designada para que hiciera los depósitos.

Esta apelación fué vista conjuntamente con las números 3642 y 3669 del mismo apelante por igual delito, las que hemos resuelto en el día de hoy con opinión escrita en el No. 3642, y la presente no tiene otra diferencia fundamental con aquéllas que la de que cuando el secretario recibió los $3,500 en 14 de octubre de 1926 ya había empezado un empleado de Auditoría desde el 5 de dicho mes una investigación de las cuentas del secretario apelante y había avisado a los bancos de Mayagüez donde el secretario hacía sus depósitos para que no recibieran de él cantidad alguna sin la intervención de dicho investigador.

De la prueba resulta que el apelante no dijo al investigador que había recibido ese dinero. Lo depositó un mes después, cuando el investigador había terminado su trabajo, se había marchado y había sido levantada la suspensión de recibo de depósitos por los bancos sin la intervención del investigador.

■■ Según hemos declarado en el caso No. 3642 *supra* el secretario apelante debió hacer el depósito inmediatamente después de recibido y el no haberlo hecho en este caso hasta un mes después constituye el delito por el cual ha sido condenado, pues el hecho de que el investigador hubiese avisado a los bancos que no admitieran dinero del secretario no era obstáculo para tal depósito, ya que podía hacerlo con la intervención del investigador.

■ Otro motivo de apelación en este recurso diferente a los alegados en el caso No. 3642, *supra,* es que durante el

juicio en la corte de distrito se permitió declarar al juez municipal que conoció de la causa en primera instancia que el acusado admitió en aquel juicio que había firmado el recibo de los $3,500, pero el hecho de que en la corte de distrito se celebrara el juicio de nuevo no impedía presentar como evidencia esa admisión del acusado en la corte municipal.

Los demás motivos de este recurso son iguales a los alegados en el caso 3642 por lo que cuanto en él hemos dicho es aplicable al presente.

*La sentencia apelada debe ser confirmada.*